UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JEFF McGRUE,<br><br>        Defendant. | CASE NO. MJ10-347<br>C.D. Calif No. CR08-1318(B)-ODW-1<br><br>DETENTION ORDER PENDING<br>REMOVAL TO C.D. CALIFORNIA |

      Defendant is awaiting trial on charges in the U.S. District Court for the Central District of California. That court originally released defendant on bond. Based upon the application of the United States Attorney, however, that court issued a warrant for defendant's arrest for alleged violations of his bond conditions.

      Defendant was arrested on that warrant in this district and appeared before this court on August 18, 2010. By separate order, this court has found that the United States has met its burden in this district and has ordered that further proceedings be conducted in the Central District of California.

      The court further finds that detention of defendant is appropriate, pending his transfer to the Central District of California. The application of the United States Attorney, which provided the basis for that court's warrant, alleged that while on bond, defendant committed not only new law

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

1  violations, but conduct which was similar to and a continuation of the illegal conduct which formed

2  the basis for the original charges against him.

3    The court therefore finds that no condition or combination of conditions which defendant can

4  meet will reasonably assure the appearance of defendant as required and the safety of any other

5  person and the community.  This order is without prejudice to defendant's opportunity in the Central

6  District of California to contest the allegations that he has violated the conditions of his bond, and to

7  reopen the issue of release

8    IT IS THEREFORE ORDERED:

9    (1) Defendant shall be detained pending trial and committed to the custody of the

10     Attorney General for confinement in a corrections facility separate, to the extent

11     practicable, from persons awaiting or serving sentences or being held in custody

12     pending appeal;

13   (2) Defendant shall be afforded reasonable opportunity for private consultation with

14     counsel;

15   (3) On order of a court of the United States or on request of an attorney for the

16     Government, the person in charge of the corrections facility in which defendant is

17     confined shall deliver the defendant to a United States Marshal for the purpose of an

18     appearance in connection with a court proceeding; and

19   (4) The clerk shall direct copies of this order to counsel for the United States, to counsel

20     for the defendant, to the United States Marshal, and to the United States Pretrial

21     Services Officer.

22   DATED this <u>19th</u> day of August, 2010.

23             s/ John L. Weinberg
              United States Magistrate Judge.

24

25

DETENTION ORDER - 2

26 18 U.S.C. § 3142(i)